UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NICOLE STALLWORTH, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Civil Action No. 17-10405-JGD ) |
| JAMES SKERRETT, DAVID SHULKIN, and ERIC SHEEHAN, | ) ) ) ) |
| Defendants. | ) ) |

## ASSENTED MOTION TO CONTINUE HEARING DATE

Counsel for the Plaintiff, Nicole Stallworth, moves to continue the hearing scheduled for Monday, December 4, 2017 at 3:30 p.m. For reason therefore, counsel states the following:

1. Plaintiff's counsel has an emergent family health matter involving his elderly mother and is required to be out of state for the week beginning December 4, 2017.

2. As such, Plaintiff moves to continue the hearing.

3. I have consulted with AUSA Driscoll who assents to the continuance.

4. Counsel have conferred and are available on the following dates if convenient for the Court: December 12, 2017 and December 19, 2017.

WHEREFORE, counsel for the Plaintiff, with the assent of counsel for the Defendant, requests that the hearing currently scheduled for December 4, 2017, be continued to another date.

Respectfully submitted,
NICOLE STALLWORTH, Plaintiff

By her attorney,


____/s/ John McK. Pavlos_____
John McK. Pavlos, BBO #641113
LAW OFFICE OF JOHN MCK. PAVLOS
120 Torrey Street
Brockton, MA 02301
Tel: (508) 894-0050
Fax: (508) 894-0051
E-mail: attorneypavlos@gmail.com


**CERTIFICATE OF SERVICE**

      I certify that a true and accurate copy of the within document was served upon the attorney of record for each party by ecf/cm.

Dated: November 30, 2017.

                                                    _____/s/ John Pavlos_____
                                                         John McK. Pavlos